IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| GAIL AND JAMES WAYNE BARNES, ET AL., Plaintiffs, v. VARIOUS DEFENDANTS | : : : : : : : : : | Transferred from the Central District of California E.D. PA CIVIL ACTION NO. 2:10-67141 |

### **O R D E R**

**AND NOW**, this **16th** day of **March, 2011**, it is hereby **ORDERED** that Plaintiffs' Motion to Remand the case to California Superior Court (doc. no. 22) filed on July 27, 2010, is **DENIED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**